IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| DEANGELA SMITH,<br>    Plaintiff,<br><br>v.<br><br>NATIONAL BUREAU OF COLLECTIONS, INC., an Oklahoma corporation,<br>    Defendant. | :<br>:<br>:  CIVIL ACTION FILE<br>:<br>:  NO. 3:11-975-CMC<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

                              Respectfully submitted,

                by:   / s/ Alex MacClenahan
                          Alex MacClenahan
                          Federal Bar # 9593

**MacClenahan Law Firm, LLC**
819 E. North Street
Greenville, SC 29601
(864) 382-3340 ● fax: (864) 331-3058